IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4054-01-CR-C-SOW |
| | ) | |
| ALEKSANDR TADZHIBAYEV, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty prepared by Magistrate Judge William A. Knox. Defendant Aleksandr Tadzhibayev appeared before Magistrate Judge Knox on June 16, 2008 and entered a plea of guilty to Count 1 of the superseding indictment.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant Aleksandr Tadzhibayev's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Aleksandr Tadzhibayev.

_/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___6/19/2008_____